

MEDIUM FLAT RATE BOX
ONE RATE ★ ANY WEIGHT



PRIORITY MAIL

From:
Colette Savage
7154 State St
Boise, ID 83714
(310) 993-8734

TO
US District Court
1301 Clay St
Oakland, CA 94612

Ship Date: 02DEC19
ActWgt: 4.60 LB
CAD: 109893378/WSXI2600

(310) 993-8734
FedEx
Home Delivery

(US)

Ref:
INV:
PO:                                    Dept:

1 of 1

(9612804) 8563739 10007171
HOME

U.S. MARSHALS SERVICE
DEC 0 3 2019
INSPECTED BY

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

- Date of delivery specified for domestic use.
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.
- Order supplies online.
- When used internationally, a customs declaration may be required.


PS00011000001

O-FRB2_Oct 2018
ID: 11.875 x 3.375 x 13.625
OD: 12 x 3.5 x 14.125
ODCUFT: 0.343

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


